NOTE: CHANGES MADE BY COURT

# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JOE FEEHAN, LUNA AZIZ, and LEGENDAIRY MILK, LLC,<br><br>*Plaintiffs*,<br><br>vs.<br><br>KRYSTAL DUHANEY and MILKY MAMA, LLC,<br><br>*Defendants*. | Case No. 8:21-cv-01451-FWS-KES<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE [57]**<br><br>Action Filed:  September 3, 2021<br>Trial Date:     February 28, 2023 |

///
///
///

# ORDER

Having considered and reviewed the Parties' Joint Stipulation to Dismiss Case with Prejudice [57] (the "Stipulation"), and good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

The above-captioned case against all parties is **DISMISSED WITH PREJUDICE**, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and each party shall bear its own costs, fees, and expenses.

**IT IS SO ORDERED**.

DATED: December 6, 2022

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE